**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

    vs.                                                                               Case No.: **4:19cr3-MW**

**PALLIS WEAVER IV,**
    Defendant.
_____/

## SENTENCING MEMORANDUM

**COMES NOW**, undersigned counsel for defendant Pallis Weaver IV, hereinafter "Mr. Weaver," and files this Sentencing Memorandum regarding his sentencing which is presently scheduled for August 1, 2019 at 10:00 AM. Mr. Weaver and his counsel request that this court consider the matters presented herein, the matters presented in Mr. Weaver's PSR and the objections thereto, as well as the matters to be presented at the sentencing hearing itself.

*Defendant Background*

1. Mr. Weaver is a twenty-one-year-old (21), African American, Non-Hispanic male who is the product of the union of Pallis Weaver, III, and Leketriss Thompson. Mr. Weaver grew up with two (2) sisters, Kesunte Weaver, and

Jakeirah Weaver, and three (3) maternal half-siblings, Tevin Williams, Jamoreyone Thompson, and Keaodriyona Thompson, and three (3) paternal siblings, Deondre Thompson, Dessrick Speed, and Jasmine Thompson. PSR ¶ 62.

2. Mr. Weaver's instability began with his mother and father separating when he was between three (3) to four (4) years old. PSR ¶ 61. From this moment forward, Mr. Weaver's mother struggled as a single mother, as they were poor, and his family required public assistance. When Mr. Weaver was eight years old (8), he was psychologically evaluated at Perry Primary School by Dr. Ann Cituk, which identified that Mr. Weaver was struggling in all academic areas. Mr. Weaver's father is currently serving a life sentence in the Federal Bureau of Prisons in Jesup, Georgia, for a cocaine and crack cocaine distribution conspiracy. PSR ¶ 61.

3. Mr. Weaver had a difficult time while attending Taylor County High School. He eventually dropped out because he stopped attending classes and he was using synthetic marijuana. Mr. Weaver had behavioral difficulties and he was identified as being overly aggressive and defiant in the classroom. PSR ¶ 68. He later attended Big Bend Technical College but later dropped out as well.

## *Substance Abuse and Addiction*

4. Mr. Weaver's exposure to illicit drug use started when he was sixteen years old (16), beginning with synthetic marijuana, in which he reported using daily. Additionally, in 2015 (at the age of eighteen [18]), he began using methamphetamine daily. The following year, he added MDMA to his daily drug ritual. PSR ¶ 67.

5. Mr. Weaver's drug of choice, until his date of arrest, was synthetic cannabis. As part of his court ordered state probation, Mr. Weaver attended outpatient treatment at the Taylor County Recovery Center from September 2017 to February 2018; and once again from November 2018 to January 2019. Mr. Weaver was discharged unsuccessfully from his first treatment plan as a result of lack of attendance and possible conflict with other attendees. He was also arrested which prompted him to stop treatment both times. However, Mr. Weaver strongly believes that his drug dependency influenced him to commit the instant federal offense to serve his drug addiction. PSR ¶ 67.

### *Mr. Weaver's Drug Addiction As Mitigation*

6. Sentencing courts have long recognized that an individual's drug addiction can mitigate culpability and justify a reduced sentence. *See*, *United States v. Hendrickson*, 25 F.Supp.3d 1166 (N.D. Iowa 2014); *see also, e.g., United States v. Mack*, 331 Fed. Appx. 157, 158 (3d Cir.2009) (unpublished) (where the court imposed a 36-month variance based on a variety of factors including the defendant's "addiction to controlled substances"). In *Hendrickson*, the court reviewed and analyzed the scientific research that resulted in an understanding that drug addiction is a serious medical condition which alters the way the brain works. *Hendrickson*, 25 F.Supp.3d at 1171-1173.

7. Like the defendant, Hendrickson was a 23-year-old young man who abused multiple drugs and made criminally impulsive decisions. He was addicted to both marijuana and methamphetamine. Similar to Mr. Weaver, Hendrickson used drugs as often as he could. The court in *Hendrickson* found that addiction biologically robs drug abusers of their judgment, causing them to act impulsively and ignore the future consequences of their action. *Id.* at 1173. The court carefully reviewed how the defendant's culpability was impacted by his drug addiction.

8.      Mr. Weaver would humbly ask that this Court recommend a concurrent sentence with his current state court charges in Taylor County, FL. Additionally, Mr. Weaver would also ask this Court to recommended to the Bureau of Prisons that he be designated to a prison facility as close to Perry, Florida as possible and that he be permitted to enroll in the RDAP program and receive mental health evaluation and counseling.

## *Conclusion*

Mr. Weaver fully accepts responsibility and understands that he is at the mercy of this Court. His base total offense level is 21 with a criminal history category of IV, with a suggested imprisonment range of 57 to 71 months that is trumped by a minimum mandatory sentence in this case of 5 years; thus, making his applicable guideline range of 60 months to 71 months of imprisonment. Mr. Weaver would respectfully ask this Court for variance from said range and would further request that this Court impose a sentence that is sufficient but not greater than necessary to comply with the purposes of the sentencing set forth in 18 U.S.C. § 3553(a).

Respectfully submitted,

**GARY A. ROBERTS & ASSOCIATES, LLC**

  /s/ Gary A. Roberts
**GARY A. ROBERTS, ESQUIRE**
FLORIDA BAR NO. 0069620
130 Salem Court
Tallahassee, Florida 32301
(850) 513-0505
(850) 513-0318-Facsimile
E-mail: garyr@garyrobertslaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically via CM/ECF to **AUSA James McCain**, The United State Attorney's Office, Tallahassee, FL 32401 on this  24th   day of July 2019.

  /s/ Gary A. Roberts
**GARY A. ROBERTS, ESQUIRE**